UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CAROLINA N. MALLON,**

        **Plaintiff,**

v.                                         Case No.  6:21-cv-1782-CEM-LHP

**HOSPICE OF ST. FRANCIS, INC.,**

        **Defendant.**

                                              /

**ORDER**

THIS CAUSE is before the Court on the United States Magistrate Judge's Report and Recommendation (Doc. 27), recommending that the parties' Settlement Agreement (Doc. 27-1) be approved.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of No Objection (Doc. 28), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order.

2. The parties' Settlement Agreement (Doc. 27-1) is **APPROVED**.

3. All other pending motions are **DENIED as moot**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record